AO 245D (Rev. 11/16)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Arkansas

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
| --- | --- |
| v. | (For **Revocation** of Probation or Supervised Release) |
| CINTHIA BANEGAS-RUIZ | Case No.   5:16CR50001-003 |
| | USM No.   14155-010 |
| | Bruce Eddy |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violations: No(s). 1, 2, 3, 4, & 7   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| 1 | Special Condition No. 1: Failure to Submit to Mental Health Treatment | 02/05/2021 |
| 2 | Special Condition No. 2: Failure to Submit to Substance Abuse Treatment | 02/05/2021 |
| 3 | Standard Condition No. 13: Failure to Report to USPO as Instructed | 02/05/2021 |
| 4 | Standard Condition No. 13: Failure to Report to USPO as Instructed | 02/05/2021 |
| 7 | Mandatory Condition No. 1: New Law Violation-Felon in Possession of Ammunition | 03/15/2021 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated condition(s)   No(s). 5 and 6   and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   9771

Defendant's Year of Birth:   1993

City and State of Defendant's Residence:
Rogers, Arkansas

February 10, 2022
Date of Imposition of Judgment

/s/ T.L.B.
Signature of Judge

Honorable Timothy L. Brooks, U.S. District Judge
Name and Title of Judge

February 14, 2022
Date

AO 245D (Rev. 11/16)   Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT: CINTHIA BANEGAS-RUIZ
CASE NUMBER: 5:16CR50001-003

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **Fourteen (14) months. Six (6) months of the term shall run consecutive to Western District of Arkansas Case No. 5:21CR50022-001. The remaining eight (8) months of the term shall run concurrent with Western District of Arkansas Case No. 5:21CR50022-001. The defendant shall serve a total of 57 months imprisonment with respect to both Western District of Arkansas Case No. 5:16CR50001-003 and 5:21CR50022-001. There is no term of supervised release to follow.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at ____ ☐ a.m. ☐ p.m. on ____.

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on ____.

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL